**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6892

GARY BUTERRA WILLIAMS,

                    Petitioner – Appellant,

          v.

RICHMOND CIRCUIT COURT,

                    Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Henry E. Hudson, District Judge.  (3:12-cv-00055-HEH)

Submitted: July 24, 2014              Decided:  July 29, 2014

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gary Buterra Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Buterra Williams appeals the district court's order denying his motion to reconsider the court's order remanding his state prosecution to state court. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. To the extent that Williams sought to challenge the state court judgment under 28 U.S.C. § 2255 (2012), he is not entitled to relief pursuant to that statute. See 28 U.S.C. § 2255 (providing remedies for a motion attacking a federal conviction and sentence). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2